UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE JANIS L. SAMMARTINO)**

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.   21CR3558-JLS |
| Plaintiff, | ORDER GRANTING MOTION TO CONTINUE MOTION HEARING/TRIAL SETTING |
| v. | |
| JOSE REYNALDO ARGUETA-VENTURA, | |
| Defendant. | |

**IT IS HEREBY ORDERED** that the motion to continue the motion hearing/trial setting in this matter is **Granted**. The motion hearing/trial setting now scheduled for February 4, 2022 shall be continued until Friday, March 4, 2022 at 1:30 p.m.

**IT IS FURTHER ORDERED** that time is excluded pending pretrial motions on file.

**IT IS SO ORDERED**.

Dated:   January 25, 2022

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge